```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
FRANGIE ESPINAL, On Behalf of Herself and All Other              :
Persons Similarly Situated,                                      :
                                                                 :
                        Plaintiff,                               :      23 Civ. 8111 (JPC)
                                                                 :
            -v-                                                  :      ORDER
                                                                 :
NYKO TECHNOLOGIES, LLC,                                          :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 9, 2023, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 6. Defendant's deadline to respond to the Complaint was therefore October 30, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until November 7, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by November 14, 2023.

SO ORDERED.

Dated: October 31, 2023
      New York, New York

                                                   JOHN P. CRONAN
                                                   United States District Judge