```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
FRANGIE ESPINAL, On Behalf of Herself and All Other              :
Persons Similarly Situated,                                      :
                                                                 :
                        Plaintiff,                               :   23 Civ. 8111 (JPC)
                                                                 :
            -v-                                                  :        ORDER
                                                                 :
NYKO TECHNOLOGIES, LLC,                                          :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 31, 2023, the Court ordered Plaintiff to seek a Certificate of Default by November 14, 2023, in the event that Defendant had not responded to the Complaint by that point. That deadline has passed, and the docket reflects neither a response to the Complaint from Defendant nor a Certificate of Default. Accordingly, the Court extends *sua sponte* Plaintiff's deadline to seek a Certificate of Default until November 22, 2023. The Court reminds the parties that "all litigants have an obligation to comply with court orders," and failure to comply may result in sanctions, including dismissal for failure to prosecute. *Baba v. Japan Travel Bureau Int'l*, 111 F.3d 2, 5 (2d Cir. 1997) (cleaned up).

SO ORDERED.

Dated: November 15, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge